IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Kevin Mikles, | ) | Civil Action No. 0:17-cv-1365-RMG-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)

The Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, by her attorney, Marshall Prince, Assistant United States Attorney for the District of South Carolina, has moved this Court, pursuant to sentence six of 42, for an order remanding this case to the Commissioner for further administrative proceedings. Defendant contacted Plaintiff's counsel, Robertson H. Wendt, regarding this motion and Plaintiff does not object.

Pursuant to the power of this Court to enter an order remanding this case under sentence six of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REMANDS** the case to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), to offer the Plaintiff a new hearing, take any further action needed to complete the administrative record, review the additional evidence submitted to the Appeals Council and issue a new decision.

**AND IT IS SO ORDERED.**

_____
Richard M. Gergel
United States District Judge

October 19, 2017
Charleston, South Carolina